UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR ANTONIO TOVAR (A-Number: 073-965-673),

Petitioner,

v.

WARDEN,

Respondent.

Case No.  1:26-cv-01626-DC-JDP (HC)

ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

(ECF No. 10)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 10.  On April 14, 2026, Respondent filed objections to the findings and recommendations for the same reasons outlined in Respondent's answer to the petition.  ECF No. 11.  However, Respondent's arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases.  *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC (HC), 2026 WL 392169, at *6 (E.D. Cal. Feb. 12, 2026); *Garcia v. Warden of the Golden State Annex Det. Facility*, No.

1

1:26-cv-01386-DC-AC (HC), 2026 WL 981170, at *4 (E.D. Cal. Apr. 13, 2026).  Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, for the reasons set forth in this court's previous decisions in *Inderjit Singh* and *Garcia*, the court adopts the recommendation that the petition be granted.  *See* 2026 WL 392169 at *3–4; 2026 WL 981170 at *3–4.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 10, 2026, ECF No. 10, are ADOPTED in part;

2.  The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3.  The government must provide Petitioner (A-Number: 073-965-673) with a bond hearing within fourteen (14) days of the date of the court's order.  At this hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have counsel present;

4.  Respondent is ordered to file a status report, within five (5) days of the bond hearing, confirming that the hearing occurred;

5.  Petitioner's motion for appointment of counsel, ECF No. 3, is DENIED as moot;

6.  The Clerk of Court is directed to serve a copy of this order on the California City Detention Center; and

/////

/////

/////

/////

/////

/////

7. The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

Dena Coggins
United States District Judge

3